JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALAN F. KNOX, ) Case No. CV 11-2946 RNB
)
      Plaintiff, )
) **J U D G M E N T**
  vs. )
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
      Defendant. )
)

    In accordance with the Order Affirming Decision of Commissioner filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: January 25, 2012

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE